# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ACQIS LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> SAMSUNG ELECTRONICS CO., LTD., ET § <br> AL. § <br> § <br> Defendants. § <br> § | Case No. 2:20-cv-00295-JRG <br><br> **JURY TRIAL DEMANDED** |

## JOINT CLAIM CONSTRUCTION CHART PURSUANT TO P.R. 4-5

Pursuant to Patent Rule 4-5 and the First Amended Docket Control Order (Dkt. 37), Plaintiff ACQIS LLC ("ACQIS") and Defendants Samsung Electronics Co., Ltd. ("SEC") and Samsung Electronics America, Inc. ("SEA") (collectively "Samsung") respectfully submit the parties' Joint Claim Construction Chart, attached hereto as Exhibit A, regarding the patents-in-suit—U.S. Patent Nos. 9,529,768 ("'768"), 9,703,750 ("'750"), 8,977,797 ("'797"), RE44,654 ("'654"), and RE45,140 ("'140")—along with Exhibit B, which sets forth the full text of the asserted claims containing each disputed claim term/phrase/clause.

Dated: August 10, 2021

Respectfully submitted,

By: */s/ Logan J. Drew*

Ronald J. Schutz (admitted in this District)
MN Bar No. 0130849
Email: rschutz@robinskaplan.com
Aaron R. Fahrenkrog (*pro hac vice*)
MN Bar No. 0386673
Email: afahrenkrog@robinskaplan.com
Logan J. Drew (admitted in this District)
MN Bar No. 0389449
Email: ldrew@robinskaplan.com

Mary Pheng (*pro hac vice*)
MN Bar No. 0398500
Email: mpheng@robinskaplan.com
**ROBINS KAPLAN LLP**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

Of Counsel:
T. John Ward, Jr.
Texas State Bar No. 00794818
E-mail: jw@wsfirm.com
Andrea L. Fair
Texas State Bar No. 24078488
E-mail: andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

*Attorneys for Plaintiff ACQIS LLC*

Dated: August 10, 2021             Respectfully submitted,

By: */s/ Melissa R. Smith*

Mark D. Fowler (*pro hac vice*)
Alan Limbach (*pro hac vice)*
Erik R. Fuehrer *(Admitted 5/24/12)*
Monica DeLazzari (*pro hac vice*)

**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA 94303
Tel: 650.833.2000
Fax: 650.833.2001
mark.fowler@us.dlapiper.com
alan.limbach@us.dlapiper.com
erik.fuehrer@us.dlapiper.com
monica.delazzari@us.dlapiper.com

Aaron Fountain
Texas Bar No. 24050619

**DLA PIPER LLP (US)**
401 Congress Avenue, Suite 2500
Austin, TX 78701-3799
Tel: 512.457.7190
Fax: 512.457.7001
aaron.fountain@us.dlapiper.com

Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 S. Washington Avenue
Marshall, TX 75670
Tel: 903.934.8450
Fax: 903.934.9257
melissa@gillamsmithlaw.com

***ATTORNEYS FOR DEFENDANTS
SAMSUNG ELECTRONICS CO., LTD. and
SAMSUNG ELECTRONICS AMERICA, INC.***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 10th day of August, 2021.

/s/ *Logan J. Drew*
Logan J. Drew